Defendant 1 Wayne Iuen/and capacity/of jail admistration and it contractors. Condition of confinement is cruel and unusual punishment and violates 14th Ammendment of due process while violating Ammendment 1 and Deprivement of civil rights while detained by the people Ammendment 9 of us cnst. Amendment 1 Depriument to freely exercise religion practice. No Service Routines. lack of Spanish bibles. There is zero Religious Services for any religion. When sent to acute mental health unit if you possess a bible or quran it is Deprived from you during the most extreme situation while incarcerated. Inmates is also deprived of freely exercise therof with an admin or policy violation when sent to acute mental health unit. It is a fact that the jails persistent and cumbersume procedures and policy deprive and prevent free exercise of religion clearly violating the 1st Ammendment of us constituition. Also to be noted there is no religious Dietry in place either.
There is excessive unhumanity with the overcrowding of the jail that violates fire codes, current CDC guidlines. There are deaf inmates in general population with few gaurds and or staff to communicate via sign language and or any phones or devices equipped to do so. Nor are the staff including medical contractor possess the proper seizure prevention and protocal frequently mishandling emergency events. The officers mace a disturbance to separate parties after the highly irritating chemical is dispursed even when inmates have breathing issues to the point were they are on and or use cpap machines and or Airway Clearance machine. Inmates who are on these machines even are faced with possible imminent danger with there machines frequently being cutoff during sleep possibly resulting in death and or other medical occurances such as respiratory or cardiac arrest etc. from the sudden loss of oxygen. Air handling vents and ducts possesses excessive amounts of dust particles and or mold particles. As well as unidentified particles. Sink, water fountains

as well as drains are frequently clogged full of bacteria. Toilets as well. Sometimes for weeks to be repaired. 2 working showers sometimes for more than 100 inmates. Bacteria growing on urinal trofe, feces dried up on walls and floors that I personally have cleaned to assist in my attempt to ensuring my health and others. There is leaking roof structures with a heightened degree of building maintnance neglected with intentional acts of negligence and lack of prompt actions. The jail in its entirety is in a violative condition. There are fire hazards including water leaks that leak into light fixtures creating the possibilitie of imminant danger to Inmate population that could become devestating with risk of major tragedy. There is lack of adequate food with it being cold and or uncooked sometimes moldy lunch meats and lettuce. As well as shortages of the already scarce portions while eating of soiled trays from the previous meal and or the night befores meal. There is no covid testing upon admission. There is also inadequate medical and mental health care. Leading to some inmates committing suicide. There are gaurds who provoke, belittle as well as batter inmates. I have been told even murder inmates as well as have the inmates beat them up. There is no constency in any of procedures and or scheduling including medline, meals, and even commissery. The transportation to court is cruel and unusual punishment as well were all inmates are shackled and handcuffed with attaching chain from 6AM to 3:30pm. Also being transported in the dark without air curRency till you yell and request it multiple times. There is denial to free abstract standing to law library as well as refusal upon request to make formal procedural complaints in compliance to procedural filing. The jail is so cold sometimes to prevent the germ festetion assumingly.

Pelletier vs Florida                    Case # TBD

It is so cold to want to get out of bed to assist in cleaning the jail. I have also been victim of intentional tort acts of cruel and unusual punishment as well. I also have been a victim to medical malpractice and or neglect. As well as mistreated by mental health staff with deliberate disregards to my health as well as mental anguish. It also took almost or little more than a month to be treated. I also have had medical symptoms to this day that have gone untreated. I also have been denied any vitamins and or heart healthy diet. I have kidney, liver and heart complications of the past becoming more vulnerable to covid-19 if it was to end up behind these walls with the lack of medical care I may die. I also ask for US judge to order a change of custody as I may experience a security and safety issue due to this and more filings. I also ask for attorney to be appointed and I will be notifying Washington DC as well. I pray for immediate relief to the cruel and unusual punishment. I will follow with more pages upon having postage etc. Thank you for your time and cooperation. Take care and God Bless. I will also keep updated address as well upon change.

Roland Pelletier
860 Camp Rd.
Sharpes Fl 32927